IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA BRANDS, LLC, | ) | |
| | ) | 4:10CV00009 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KINGSTON TOBACCO | ) | |
| COMPANY, INC., | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

For the reasons explained in the Memorandum Opinion filed on December 10, 2010, the Court **ENTERS JUDGMENT IN FAVOR OF THE PLAINTIFF IN THE AMOUNT OF $5,257,644.92 PLUS INTEREST AT THE RATE OF 6% FROM THE DATE OF THIS JUDGMENT AND COURT COSTS**. The Clerk is directed to dismiss the case from the docket and all motions not ruled upon are deemed **MOOT**.

ENTERED this 13th day of December, 2010.

s/Jackson L. Kiser
Senior United States District Judge